NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 08-50182 |
| Plaintiff - Appellee, | D.C. No. 2:99-cr-01137-R-1 |
| v. | |
| TOIJUANA GENE COLLINS, aka TOIJUANA COLLINS and G-RED, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
Manuel L. Real, District Judge, Presiding

Submitted December 10, 2009[**]
Pasadena, California

Before: REINHARDT, TROTT and WARDLAW, Circuit Judges.

Toijuana Gene Collins appeals from the district court's order denying his

motion to reduce his sentence under 18 U.S.C. § 3582(c)(2). We have jurisdiction

pursuant to 28 U.S.C. § 1291, and we affirm.

_____

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Collins contends that the district court erred in finding that it did not have authority under § 3582(c)(2) to modify his sentence. Because Collins was sentenced based on the mandatory minimum under 21 U.S.C. § 841(b)(1)(A) for a defendant with his criminal history, and not based on the Sentencing Guidelines, he is ineligible for the modification that he seeks. His case is squarely controlled by *United States v. Paulk*, 569 F.3d 1094 (9th Cir. 2009) (per curiam), in which we held that a defendant with a sentence "based on the statutory mandatory minimum under 21 U.S.C. § 841" is "not entitled to a reduction [under § 3582(c)(2)] because his sentence was not 'based on a sentencing range that has subsequently been lowered by the Sentencing Commission.'" *See Paulk*, 569 F. 3d at 1095 (quoting 18 U.S.C. §3582(c)(2)); *see also* U.S.S.G § 1B1.10 cmt. n.1(A) (2008) ("[A] reduction in the defendant's term of imprisonment is not authorized under 18 U.S.C. § 3582(c)(2) . . . if . . . the amendment does not have the effect of lowering the defendant's applicable guidelines range because of the operation of another guideline or statutory provision (e.g., a statutory mandatory minimum term of imprisonment)").

**AFFIRMED.**